UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC LEE VANZANT, ) | |
| Plaintiff, ) | |
| ) | No. 1:24-cv-1033 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| NEWAYGO COUNTY CHILD PROTECTIVE ) | |
| SERVICES, ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

The court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 8, 2025              /s/  Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge